AUSA

FILED
AUG 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Martin Manuel PALACIOS-Gonzalez,<br>Defendant. | Mag. Case No. '08 MJ 8729<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U.S.C., Section 1326<br>Deported Alien Found In the United States |

The undersigned complainant being duly sworn states:

On or about August 14, 2008, within the Southern District of California, defendant Martin Manuel PALACIOS-Gonzalez, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15TH DAY OF AUGUST 2008.

JAY R. IRWIN
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Martin Manuel PALACIOS-Gonzalez

STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Deportation Officers Stephen J. Prendergast and Jerry Gomez.

On August 14, 2008, Deportation Officers Stephen J. Prendergast and Jerry Gomez of Immigration and Customs Enforcement arrested the defendant, identified as Martin Manuel PALACIOS-Gonzalez, in El Centro, California, for illegal re-entry into the United States in violation of 8 USC 1326.

On August 14, 2008, at approximately 6:15 a.m., the defendant was encountered at his residence in El Centro, California. Intelligence information had told Officers Prendergast and Gomez that PALACIOS had re-entered the United States and was back living in El Centro. Officers Prendergast and Gomez along with other deportation officers went to PALACIOS' address and knocked on the door. A woman answered the door and stated that she knew PALACIOS, but stated he was not home. After a few questions the woman stated PALACIOS was at home sleeping in his room. The woman granted consent for us to enter the residence. Agnets went to PALACIOS' room and found him hiding in the closet. Officer Gomez then placed PALACIOS under arrest.

Record checks of PALACIOS revealed he was previously ordered deported to Mexico by an Immigration Judge on July 17, 1997. On July 17, 1997, PALACIOS was removed to Mexico via the El Paso, Texas, Port of Entry. Further record checks revealed PALACIOS has a criminal record.

Officer Prendergast advised PALACIOS of his rights as per Miranda. Officer Chris Salgado witnessed this. PALACIOS stated he understood his rights and was willing to make a statement without an attorney present.

PALACIOS stated he is a citizen and national of Mexico with no legal right to be in the United States. PALACIOS stated he has been removed from the United States and he last entered around mid July of this year by walking across the border near Calexico. PALACIOS stated he has never been granted permission to re-enter the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. He ended by saying that he came back to the United States because he has lived his whole life here and he doesn't have anybody in Mexico.

Based upon the foregoing information, there is probable cause to believe that Martin Manuel PALACIOS-Gonzalez has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.